# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40591
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RODRIGO ANDRES BERNAL-ESTEVEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-1658-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Rodrigo Andres Bernal-Estevez raises an argument that he concedes is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308-09 (5th Cir. 2009), which held that knowledge of drug type and quantity is not an element under 21 U.S.C. § 841. Knowledge of drug type and quantity also is not an element of the offense under the related statutes of 21 U.S.C. § 952 and § 960. *United States v. Restrepo-Granda*, 575

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40591

F.2d 524, 527 (5th Cir. 1978); *see United States v. Valencia-Gonzales*, 172 F.3d 344, 345-46 (5th Cir. 1999).  The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.